| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664 |
| | Federal Defender |
| 2 | REED GRANTHAM, CA SBN #294171 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |

Attorney for Defendant
ALTANGEREL ERDENE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:17-mj-00056 |
| Plaintiff, | **STIPULATION TO MODIFY CONDITIONS OF UNSUPERVISED PROBATION; ORDER** |
| vs. | |
| ALTANGEREL ERDENE, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Altangerel Erdene, that the Court modify the terms and conditions of Mr. Erdene's probation as set forth below.

On October 3, 2018, Mr. Erdene was sentenced to twelve months of unsupervised probation, with the conditions that he obey all laws, report any new law violations within seven days, pay a $750.00 fine, and complete 75 hours of community service. Additionally, Mr. Erdene was ordered to enroll in and complete the First Time DUI Offender Program through the California Department of Motor Vehicles.

Mr. Erdene would like to convert the 75 hours of community service into an additional fine of $750.00. The government does not oppose this request.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: June 11, 2019

*/s/ Susan St. Vincent*
Susan St. Vincent
Yosemite Legal Officer
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: June 11, 2019

*/s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
ALTANGEREL ERDENE

# **O R D E R**

The court hereby grants the parties' request to modify the conditions of Mr. Erdene's unsupervised probation as set forth above.

IT IS SO ORDERED.

Dated:  June 12, 2019

_____
UNITED STATES MAGISTRATE JUDGE