1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  REED GRANTHAM, CA SBN #294171
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   ALTANGEREL ERDENE
7

8             IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 6:17-mj-00056 JDP
12 | Plaintiff, | **STIPULATION TO CONTINUE REVIEW HEARING AND EXTEND PROBATION; ORDER**
13 | vs. |
14 | ALTANGEREL ERDENE, |
15 | Defendant. |

17    IT IS HEREBY STIPULATED, by and between the parties, through their respective
18 counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal
19 Defender Reed Grantham, counsel for Altangerel Erdene, that Mr. Erdene's term of unsupervised
20 probation may be extended to expire on January 3, 2020. Accordingly, the parties request that the
21 Court continue the review hearing in this matter to December 17, 2019, at 10:00 a.m.

22    On October 3, 2018, Mr. Erdene pled guilty to driving while under the influence of alcohol
23 in violation of 36 C.F.R. § 4.23(a)(2). That same date, the Court sentenced Mr. Erdene to twelve
24 months of unsupervised probation, with the conditions that he obey all laws, report any new law
25 violations within seven days, pay a $750 fine, complete 75 hours of community service, and
26 complete a first-time DUI course. The Court further set a review hearing for September 10, 2019.

27    Mr. Erdene has submitted notice to the Court that he has enrolled in the first-time DUI
28 course. *See* Dkt. #21. Mr. Erdene expects to complete the first-time DUI program sometime in

October 2018. In order to provide Mr. Erdene with sufficient time to complete the first-time DUI program, the parties request that the Court extend probation until January 3, 2020, and that a review hearing be set in this case for December 17, 2019, at 10:00 a.m.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: August 9, 2019          */s/ Susan St. Vincent*
Susan St. Vincent
Yosemite Legal Officer
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: August 9, 2019          */s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
ALTANGEREL ERDENE

ORDER

The court hereby grants the parties' request to continue the September 10, 2019 review hearing to December 17, 2019, at 10:00 a.m., as well as the parties' request to extend unsupervised probation. Probation is hereby extended to January 3, 2020, with the same terms and conditions previously imposed. Defendant is ordered to be present at the review hearing unless an order has been issued vacating the hearing date.

IT IS SO ORDERED.

Dated:   August 9, 2019

UNITED STATES MAGISTRATE JUDGE